

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2013

No. 04-13-00644-CV

**IN RE FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceedings[1]

**ORDER**

On September 23, 2013, relator Farmers Texas County Mutual Insurance Company filed a petition for writ of mandamus and emergency motion for stay of the trial proceedings in the underlying lawsuit. This court granted a temporary stay and requested a response to the mandamus petition on September 23, 2013. The court has considered relator's petition, the response filed on behalf of the real party in interest and relator's reply and has determined that relator is entitled to the relief requested in part. Accordingly, the petition for writ of mandamus is CONDITIONALLY GRANTED IN PART. TEX. R. APP. P. 52.8(c).

The Honorable Peter Sakai is ORDERED to withdraw the September 20, 2013, order striking relator's affirmative defenses. The writ will issue only if we are notified that Judge Sakai has not done as directed within ten days of the date of this order.

The temporary stay of trial proceedings imposed by this court on September 23, 2013 is LIFTED.

It is so **ORDERED** on December 20, 2013.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2013.

_Keith E. Hottle_
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2011CI08428, styled *Kamran Hajivandi, As Next Friend to Borna Hajivandi v. John Jajou and Luke D. Jajou*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.